**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Lothar Goernitz, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>AMERICAN MEDICAL COLLEGE OF HOMEOPATHY,<br><br>              Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-01208-GBN<br><br>**NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF PUBLIC AUCTION** |
|---|---|

TO: ALL CREDITORS AND PARTIES-IN-INTEREST:

     NOTICE IS GIVEN that the Estate's interest in the below described property will be offered to the person making the highest and best bid at public sale by Lothar Goernitz, Trustee, through Cunningham & Associates, Inc., at 6502 N. 27th Avenue, Phoenix, AZ 85017. Bidding will open on or before 4:00 p.m. MST on March 27, 2015. Bidders will be able to place bids in person, by fax, by email, via telephone, or through the online bidding system at AuctionAZ.com. If anyone places a bid within the last two minutes of bidding, the bidding will extend for an additional two minutes. Bidding will start to close at 12:00p.m. (Noon) (or later as indicated on the website) on Wednesday, April 1, 2015.

| Property to be Sold: | Estate's interest in the following property:<br><br>Office furniture, fixtures, equipment and medicinary |
|---|---|
| Terms of Sale: | **Prospective purchasers are encouraged to personally inspect/perform their own due diligence of the property being sold, as the property will be sold on an "AS IS" "WHERE IS", with no warranties.** A bidder deposit not to exceed $200.00 is required. The deposit can be made in person by cashier's check or cash, or using a credit card through the online system. Final payment by cash or cashier's check due on date of sale. All sales are subject to sales tax |

| | |
|---|---|
| | unless the property being sold is tax-exempt or a resale number is used as proof of exemption. All sales are subject to Trustee's approval. |
| To View the Property or Obtain More information: | The property to be auctioned will be available for preview on Tuesday, March 31, 2015 from 10:00 am to 4:00 p.m. For more information Cunningham & Associates at (602) 595-6714 or www.AuctionAZ.com |
| Description of Interest(s) in the Property: | Trustee is not aware of any other entities holding an interest in the property being sold. There has been no stay relief sought as to this property. |
| Appraisals: | The Trustee is not aware of any recent appraisals on the property being sold. |
| Compensation/Fees: | Cunningham & Associates, Inc., will be entitled to fees and costs, subject to further Order of the Court. Cunningham & Associates, Inc., is not an insider. |

If you have an objection to Trustee's Notice, you must file your objection, specifying the reason therefor, with the Clerk of the Court 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706, and serve a copy upon the attorney for the Trustee at the address set forth above on or before the expiration of 21 days from the mailing of this Notice. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled auction, bids will be taken and the normal sales procedures followed. The closing of the sale remains dependent upon the outcome of the Court hearing regarding the objection. If there is no timely objection and request for hearing, no hearing will be held, and the Trustee will proceed to sell the property without further order of the Court.

DATED: March 10, 2015.

**LANE & NACH, P.C.**

By    /s/ MPL 007435
    Michael P. Lane
    Attorney for Trustee